# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| LARRY ROBINSON, ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV415-327 |
| DR. HENDERSON, ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

This Court gave inmate-plaintiff Larry Robinson until January 25, 2016 to comply with this Court's supplemental information directive. Doc. 4 at 4-5. It warned him that his failure to comply will result in a recommendation of dismissal. *Id.* But that Order has been returned as "undeliverable." Doc. 5. Per Local Rule 11.1, it was plaintiff's continuing duty to keep the Court apprised of his current address. Without it, the Court cannot move this case forward or even communicate with him.

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to

prosecute this action. L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this 11TH day of January, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA